## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**vs.**

**Case No. 5:03cr1-RH**
**Case No. 5:04cv174-WS/WCS**

**KEITH L. SINGLETON,**

    **Defendant.**

_____/

## ORDER

Defendant filed motions for bond and to expedite, and a request for status. Docs. 97, 98 and 101. A report and recommendation is entered separately addressing Defendant's amended motion to vacate sentence filed pursuant to 28 U.S.C. § 2255.

It is therefore **ORDERED** that Defendant's motion for bond, doc. 97, is **DENIED**, Defendant's motion to expedite, doc. 98, is belatedly **GRANTED**, and the request for status, doc. 101, is **MOOT**.

**DONE AND ORDERED** on August 2, 2005.

                                                     s/ William C. Sherrill, Jr.
                                                     **WILLIAM C. SHERRILL, JR.**
                                                     **UNITED STATES MAGISTRATE JUDGE**