# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  　　　　　　　　　　　　　　　　　　　　CASE NO.  5:03cr1-RH/WCS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　5:04cv174-RH/WCS

KEITH L. SINGLETON,

　　　　Defendant.
_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 103), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant's amended motion (document 95) to vacate sentence pursuant to 28 U.S.C. §2255 is DENIED with prejudice.  The clerk shall enter judgment and close the file.

SO ORDERED this 21st day of September, 2005.

　　　　　　　　　　　　　　　　　　　　　s/Robert L. Hinkle
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge