IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:99-cr-00036-MP-AK
    5:03-cr-00001-RH-AK

KEITH LORENZO SINGLETON,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 53, Motion to Continue Revocation of Supervised Release Hearing, filed by Defendant Keith Singleton. In the motion, Defendant states that his counsel will be out of town during the currently scheduled hearing, and because of this he requests that the revocation of supervised release hearing set for July 16, 2008, be continued. The Government does not object to the requested continuance. Therefore, after considering the matter, the Court grants Defendant's motion. Accordingly, the revocation of supervised release hearing is continued to a date to be set by separate notice.

**DONE AND ORDERED** this _11th_ day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge